IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| David T. Perry,<br><br>          *Plaintiff*,<br><br>v.<br><br>PNC Bank, N.A.; Kelly Cooke; Equifax Information Services, LLC; Transunion, LLC; Experian Information Solutions, Inc.,<br><br>          *Defendants*. | CASE NO. 5:15-cv-00206-FL |

## ORDER

This matter comes before the Court on the Motion to Stay Discovery filed by of Defendants PNC Bank, N.A. and Kelly Cooke. The Court finds that good cause exists and no prejudice would result and as such the motion is hereby GRANTED. The Rule 26(f) conference, the requirement to submit a discovery plan as mandated by Rule 26(f), the requirement to provide initial disclosures as required by Rule 26(a), and all discovery are stayed as to PNC Bank, N.A. and Cooke until disposition of the motion to dismiss (ECF No. 6).

SO ORDERED, this <u>5th</u> day of June, 2015.

*/s/ Louise W. Flanagan*
_____
The Honorable Louise W. Flanagan
United States District Judge